No. 88–2002.  GILMERE, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF PATILLO *v.* CITY OF ATLANTA, GEORGIA,

ET AL. C. A. 11th Cir. Certiorari denied.